# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Image Dental, LLC,

Plaintiff(s),

v.

Citizens Insurance Company of America,

Defendant(s).

Case No. 1:20-cv-02759
Judge Steven C. Seeger

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Defendant Citizens Insurance Company of America's motion to dismiss plaintiff's second amended complaint is hereby granted. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Steven C. Seeger on a motion to dismiss (Dckt. No. [38]).

Date: 6/11/2021                           Thomas G. Bruton, Clerk of Court

                                          Jessica J. Ramos, Deputy Clerk